No. 97–6430.  DUDONIS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–6450.  HEINEMANN *v.* THE POCAHONTAS TIMES ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 97–6451.  DUNN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–6468.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–6469.  CRAWFORD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 97–6470.  CONSTABLE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–6473.  SOLOMON *v.* DOLAN, ACTING COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 97–6475.  REED *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–6478.  HAWKINS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–6484.  SIMPSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–6495.  MARTINEZ *v.* SLATER, SECRETARY OF TRANSPORTATION.  C. A. 10th Cir.  Certiorari denied.

No. 97–6498.  WILLIAMS *v.* CUNNINGHAM, SHERIFF DEPUTY, VENTURA COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–6500.  PALMER *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 97–6506.  PAUL *v.* MCFADIN, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–6507.  ROBINSON *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.